UNITED STATES of America, Plaintiff–Appellee

v.

Robert SWANSON, Defendant–Appellant.

No. 08–50254

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 10, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Keith MacArthur Baker, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Robert Swanson (Swanson) in appeal No. 08–50254 has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Swanson has filed a response. Our independent review of the record, counsel's brief, and Swanson's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

* Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.

ther responsibilities herein, and appeal No. 08–50254 IS DISMISSED. *See* 5th Cir. R. 42.2. The denial of relief in appeal No. 08–50325 IS AFFIRMED.